

# NUMBER 13-21-00105-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI — EDINBURG

---

## IN RE FORD + BERGNER LLP,
## DON D. FORD III, AND KENNETH A. KROHN

---

## On Petition for Writ of Mandamus.

---

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Tijerina**
**Order Per Curiam**

On April 19, 2021, relators Ford + Bergner LLP, Don D. Ford III, and Kenneth A. Krohn filed a petition for writ of mandamus and a motion for emergency relief. In this original proceeding, relators assert that (1) the trial court lacks jurisdiction over the underlying matters, (2) relators are entitled to a trial by jury, and (3) the trial court abused its discretion by ordering funds to be placed into the registry of the court. By motion for emergency relief, relators seek to stay the underlying trial court proceedings pending resolution of this petition for writ of mandamus.

The Court, having examined and fully considered the motion for emergency relief, is of the opinion that it should be granted. Accordingly, we grant the motion for emergency relief and we order all trial court proceedings to be stayed. *See* TEX. R. APP. P. 52.10 ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). We request that the real parties in interest, Lynn Bernsen Allison, Lea Bernsen Brown, and Leon Garrick Bernsen, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of five days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
20th day of April, 2021.